ACCEPTED
03-14-00341-CV
3986001
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/2/2015 2:20:55 PM
JEFFREY D. KYLE
CLERK

**No. 03-14-00341-CV**

_____

***In the Third Court of Appeals***

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/2/2015 2:20:55 PM
JEFFREY D. KYLE
Clerk

_____

**James Richardson**
Appellant,


**v.**


**Maria Torres, et al.**
Appellees

_____


Appeal from Cause No. C-1-CV-13-009448
County Court No. 2, Travis County, Texas
Hon. David Phillips

_____


**APPELLANT'S THIRD UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE APPELLANT'S REPLY BRIEF**

_____


**King Law Group, PLLC**
Mary Ellen King
Texas State Bar No. 24067219
Richard C. King Jr.
Texas State Bar No. 24007491
28515 Ranch Road 12
Dripping Springs, Texas  78620
512.263.8212 (phone)
512.900.2918 (fax)

*Counsel for Appellant James Richardson*

Comes now Appellant James Richardson ("Richardson"), pursuant to Texas Rules of Civil Procedure 10/5(b)(1), and requests additional time to file his Reply Brief. In support of this motion, Richardson states as follows:

1.    The Notice of Appeal of this matter was filed in the 3rd Court of Appeals (the "Court") on May 28, 2014;

2.    Appellant filed the Docketing Statement with the Court on June 6, 2014;

3.    Appellant immediately requested the Report's Record and the Clerk's Record from County Court No. 2 in Travis Count, Texas;

4.    The Reporter's Record and the Supplemental Reporter's Record were filed with the Court on June 11, 2014, and June 18, 2014, respectively;

5.    The Clerk's Record was filed with the Court on June 24, 2014;

6.    The Record was checked out on June 30, 2104;

7.    The District Clerk's Supplemental Record was filed on September 2, 2014

8.    The Appellant's Brief, oral argument not requested, was filed on September 26, 2014;

9.    The Appellee's Brief, oral argument not requested, was filed December 18, 2014'

10. The Court calendared the due date of Appellant's Rely Brief for January 7, 2015;

11. Appellant requested and was granted an additional fifteen days to file Appellant's Reply Brief, up to and including January 23, 2014;

12. Appellant requested and was granted another 15-day extension to file its rely brief, up to and including February 6, 2015;

13. This third requested extension is unopposed and is necessary due to medical issues concerning Appellant's counsel;

14. Lead counsel had a due date of February 9, 2015 but had unexpected complications over the past weekend requiring baby to be taken via C-section;

15. Co-lead counsel is the husband of lead counsel;

16. Appellant counsel suffered a serious physical injury last week that required surgery;

17. The extension requested herein is not intended to cause undue delay, prejudice or unnecessary hardship on any party; and

18. Appellant has previously requested and was granted two 15-day extensions to file its rely brief.

WHEREFORE, Appellant requests an additional 21 days, up to and including February 27, 2015, to file Appellant's Reply Brief.

Dated this 30th day of January 2015.

Respectfully submitted

KING LAW GROUP, PLLC

*/.s/ Mary Ellen King*
Mary Ellen King
Texas State Bar No. 24067219
meking@kinglitigationgroup.com
Richard C. King Jr.
Texas State Bar No. 24007491
rking@kinglitigationgroup.com
28515 Ranch Road 12
Dripping Springs, Texas  78620
512.263.8212 (phone)
512.900.2918

*Counsel for Appellant, James Richardson*


## CERTIFICATE OF CONFERENCE

Counsel for Appellant hereby represents to the Court that we have conferred with counsel for Appellee regarding the extension requested and he has no objection to the requested extension.

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the following instrument has

been served to opposing counsel via facsimile on this the 30th day of January, 2015.

Jesus Tirrez
The Law Office of Jesus Tirrez & Associates
1301 South IH-35, Suite 307
Austin, Texas 78741
Phone (512) 326.1330
Facsimile (512) 275.0075
tirrez@mail.com

*Attorneys for Appellees, Maria Torres, et al*

*/.s/ Mary Ellen King*
Mary Ellen King